UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA PEREZ, as Parent and Legal Guardian of Minor Child A.P., <br><br> Plaintiffs, <br><br> v. <br><br> ALUM ROCK UNION SCHOOL DISTRICT, <br><br> Defendants. | No. 24-01691 WHA <br><br> **ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED** |

Stanley Apps, counsel for plaintiff, failed to show up for the initial case management conferenced scheduled for today, August 8, 2024, at 11am. Plaintiff is hereby **ORDERED TO SHOW CAUSE** as to why the case should not be dismissed for lack of prosecution, for which a statement must be set forth in a declaration, under oath, and filed no later than **AUGUST 29, 2024, AT NOON**. A hearing is also hereby scheduled for **SEPTEMBER 5, 2024, AT 8AM**.

**IT IS SO ORDERED.**

Dated: August 8, 2024.

*/s/ William Alsup*
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE